# U.S. District Court

## Pennsylvania Middle - Harrisburg

Receipt Date: Oct 10, 2025 2:18PM

ERIC PHELPS
203 S. FORT ZELLERS RD.
NEWMANSTOWN, PA 17073

Rcpt. No: 111104326 Trans. Date: Oct 10, 2025 2:18PM Cashier ID: #SAHh (3486)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 205 | Miscellaneous Filing Fees | DPAM125MC000928<br>**FBO**: ERIC PHELPS | 1 | 52.00 | 52.00 |
| 601 | Electronic Printing Fee | DPAM125MC000928 | 428 | 0.10 | 42.80 |
| 104 | Cert of Document/Transcript of JGMT | DPAM125MC000928 | 4 | 12.00 | 48.00 |
| 205 | Miscellaneous Filing Fees | DPAM125MC000929<br>**FBO**: ERIC PHELPS | 1 | 52.00 | 52.00 |
| 601 | Electronic Printing Fee | DPAM125MC000929 | 318 | 0.10 | 31.80 |
| 104 | Cert of Document/Transcript of JGMT | DPAM125MC000929 | 3 | 12.00 | 36.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $262.60 |
| | Total Due Prior to Payment: | $262.60 |
| | Total Tendered: | $262.60 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.